Decided September 5, 2008

ISRAEL CAEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Israel Caez' petition for certification for appeal from the Appellate Court, 107 Conn. App. 617 (AC 28277), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided September 5, 2008

FREDDY MORALES *v.* COMMISSIONER OF CORRECTION

The petitioner Freddy Morales' petition for certification for appeal from the Appellate Court, 107 Conn. App. 793 (AC 28341), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided September 5, 2008